**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOANNA L. PFEISTER, | No. 20-16534 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-03387-LB |
| v. | |
| RSUI INDEMNITY COMPANY, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Laurel D. Beeler, Magistrate Judge, Presiding[**]

Submitted December 2, 2020[***]

Before:    WALLACE, CLIFTON, and BRESS, Circuit Judges.

Joanna L. Pfeister appeals pro se from the district court's interlocutory order

denying her motion for a preliminary injunction in her diversity action alleging

breach of contract and tort claims.  We have jurisdiction under 28 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1292(a)(1). We review for an abuse of discretion. *Jackson v. City & County of San Francisco*, 746 F.3d 953, 958 (9th Cir. 2014). We affirm.

The district court did not abuse its discretion by denying Pfeister's motion for a preliminary injunction because Pfeister failed to demonstrate that such relief is warranted. *See id*. (plaintiff seeking preliminary injunction must establish that she is likely to succeed on the merits, likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in her favor, and an injunction is in the public interest).

**AFFIRMED.**